UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
04 JUN 25 AM 8:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DONNIE SHROPSHIRE, | ) |
| Plaintiff, | ) |
| v. | ) CV 04-S-137-NE |
| MURRY C. GREGG, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 25, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be transferred to the United States District Court for the Middle District of Alabama. *See* 28 U.S.C. § 1404(a). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be TRANSFERRED to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1404(a). An appropriate order will be entered.

The Clerk is DIRECTED to serve a copy of this Memorandum of Opinion on the plaintiff.

DATED this 25th day of June, 2004.

_____
UNITED STATES DISTRICT JUDGE

